# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
October 11, 2022

Lyle W. Cayce
Clerk

No. 21-10925
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Simon Galarza,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
No. 4:21-CR-107-1

Before Smith, Dennis, and Southwick, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Simon Galarza has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Galarza has not filed a response. We have reviewed counsel's brief and relevant por-

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-10925

tions of the record. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.